# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA
       against
John Vaccaro

(Alias) _____

_____
                Please PRINT Clearly
```

05 CR 228
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [X] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
3/9/05

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
61 Broadway Ste 1105
Attorney for Defendant

Firm name if any
N Y
Street address

City _____ State _____ Zip _____
212-765-3542
Telephone No

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 09 2005
```

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186